IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION



UNITED STATES OF AMERICA

v.

CRIMINAL NO. 1:24cr133 TBM-BWR

ALAIN DELON REVIS

21 U.S.C. § 846
21 U.S.C. § 841(a)(1)

**The United States Attorney charges:**

That beginning as early as April, 2021 and continuing through on or about May 20, 2021, in Harrison County, in the Southern Division of the Southern District of Mississippi, and elsewhere, the defendant, **ALAIN DELON REVIS**, did knowingly and intentionally conspire with others, known and unknown, to possess with the intent to distribute a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C)

All in violation of Title 21, United States Code, Section 846.

## NOTICE OF INTENT TO SEEK CRIMINAL FORFEITURE

As a result of committing the offenses as alleged in this Indictment, the defendants shall forfeit to the United States all property involved in or traceable to property involved in the offenses, including but not limited to all proceeds obtained directly or indirectly from the offenses, and all property used to facilitate the offenses.

Further, if any property described above, as a result of any act or omission of the defendants: (a) cannot be located upon the exercise of due diligence; (b) has been transferred or sold to, or deposited with, a third party; (c) has been placed beyond the jurisdiction of the Court;

(d) has been substantially diminished in value; or (e) has been commingled with other property, which cannot be divided without difficulty, then it is the intent of the United States to seek a judgment of forfeiture of any other property of the defendant, up to the value of the property described in this notice or any bill of particulars supporting it.

All pursuant to Title 21, United States Code, Section 853.

for _____
TODD W. GEE
United States Attorney