AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

**FILED**
Nov 26 2024
ARTHUR JOHNSTON, Clerk

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No.  1:24-cr-00133-TBM-BWR |
| ALAIN DELON REVIS | ) | |
| Defendant | ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 11/26/2024

_Defendant's signature_

_Signature of defendant's attorney_

Jeffrey Grant Pierce
_Printed name of defendant's attorney_

_Judge's signature_

Robert P. Myers, Jr., United States Magistrate Judge
_Judge's printed name and title_

The court finds this waiver is knowingly and voluntarily made and is hereby accepted by the court.

_U.S. Magistrate Judge_